No. 358. CRUZ, PETICIONARIO, *v.* ARROYO, JUEZ DE DISTRITO, GUAYAMA, DEMANDADO.—*Certiorari.* Resuelto en mayo 15, 1922. No apareciendo de la solicitud nada que afecte la falta de jurisdicción de la corte inferior ni error en los procedimientos que pueda corregirse, se declara sin lugar el auto.

No. 2731. LLOMPART ET AL., APELADOS, *v.* DÍAZ, APELANTE. Corte de Distrito de Humacao. Ejecución de hipoteca. Resuelto en mayo 15, 1922. Moción de los apelados para desestimar la apelación y certificación que se acompaña. Por los fundamentos de los casos de *Boerman* v. *Marrero, 28 D. P. R. 83,* y *A. Hartman & Cía,* v. *Cividanes, 28 D. P. R. 32,* se desestima la apelación.

No. 1925. EL PUEBLO, APELADO, *v.* REYES, APELANTE.— Corte de Distrito de San Juan, Distrito Segundo. Adulteración de leche. Resuelto en mayo 18, 1922. No existe pliego de excepciones ni relación de pruebas y no apareciendo error alguno de los autos, se confirma la sentencia.

No. 1924. EL PUEBLO, APELADO, *v.* ILLICK, APELANTE.— Corte de Distrito de San Juan, Primer Distrito. Acometimiento y agresión. Resuelto en mayo 12, 1922. Visto el escrito sobre desistimiento de apelación, se resuelve de conformidad y se tiene por desistido al apelante.

No. 1929. EL PUEBLO, APELADO, *v.* RIVERA, APELANTE.— Corte de Distrito de Guayama. Acometimiento y agresión grave. Resuelto en mayo 18, 1922. No se ha radicado alegato y no apareciendo de los autos error fundamental alguno, se confirma la sentencia.